**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **SAMIR MARUPOV,**<br><br>Plaintiff,<br><br>*v.*<br><br>**TODD LYONS**, *in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement*, et al.,<br><br>Defendants. | **CIVIL ACTION**<br><br>**NO. 26-2518-KSM** |

**ORDER**

**AND NOW**, this 2nd day of November, 2026, upon consideration of Defendant's motion to dismiss Plaintiff's Amended Complaint (Doc. No. 14), Plaintiff's response to Defendant's motion to dismiss (Doc. No. 15), and Defendant's reply in support of motion to dismiss (Doc. No. 16), it is **ORDERED** that Defendant's motion is **GRANTED** for the reasons discussed in the accompanying memorandum. It is further ordered as follows:

1. Plaintiff's Amended Complaint is **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction.
2. The Clerk of Court is **DIRECTED** to close this case.

**IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*
KAREN SPENCER MARSTON, J.